# Court of Appeals
# of the State of Georgia

ATLANTA,  February 28, 2022

*The Court of Appeals hereby passes the following order:*

**A22D0249. JAMES JEFFERY LOONEY v. THE STATE.**

In 2013, James Jeffery Looney pled guilty to child molestation, sodomy, and incest. Looney filed a motion for an out-of-time appeal, in which he argued that he signed a probation waiver without the advice of counsel at his plea hearing. On October 21, 2021, the trial court granted Looney's motion for an out-of-time appeal. The order was mailed to the wrong address, and on January 25, 2022, the trial court entered a second order granting Looney an out-of-time appeal. Looney then filed this application for discretionary appeal.

An order granting an out-of-time appeal may be appealed directly. See *Rowland v. State*, 264 Ga. 872, 876 (2) (452 SE2d 756) (1995) ("A defendant granted an out-of-time appeal by the trial court will have 30 days from the grant to file a notice of appeal to the appellate court with subject-matter jurisdiction."). Under OCGA § 5-6-35 (j), this Court will grant a timely application for discretionary appeal where the order sought to be appealed may be appealed directly. Accordingly, this application is hereby GRANTED.

Looney shall have ten days from the date of this order to file a notice of appeal with the superior court. If he has already filed a notice of appeal, he does not need to file another notice of appeal. The clerk of the superior court is DIRECTED to include

a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
         *Clerk's Office, Atlanta,* __02/28/2022__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*